25550. HARTSFIELD COMPANY *v.* SHOAF.

STEPHENS, P. J. Applying the ruling of the Supreme Court in answer to the certified question propounded to that court in this case. (184 *Ga.* 378, 191 S. E. 693), the petition set out a cause of action, and the appellate division of the municipal court of Atlanta erred in affirming the judgment of the trial judge of the municipal court of Atlanta sustaining the general demurrer and dismissing the plaintiff's case. *Judgment reversed. Sutton and Felton, JJ., concur.*

DECIDED JULY 2, 1937.

*Robert T. Efurd, Mose S. Hayes,* for plaintiff.
*R. B. Pullen,* for defendant.